UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

JON BRUNEAU et al.,

        Plaintiffs,                  Case No. 1:20-cv-11588

v.                                                Honorable Thomas L. Ludington
                                                United States District Judge
COUNTY OF MIDLAND and
COUNTY OF GLADWIN,                   Honorable Patricia T. Morris
                                                United States Magistrate Judge

        Defendants.
_____/

**JUDGMENT**

In accordance with the Opinion and Order entered today:

It is **ORDERED** that Plaintiffs' Objections, ECF No. 82, are **OVERRULED**.

Further, it is **ORDERED** that Magistrate Judge Morris's Report and Recommendation, ECF No. 81, is **ADOPTED**.

Further, it is **ORDERED** that Defendants' Motion for Summary Judgment, ECF No. 56, is **GRANTED**.

Further, it is **ORDERED** that the Amended Complaint, ECF No. 32, is **DISMISSED WITH PREJUDICE**.

**This is a final order and closes the above-captioned case**.

Dated: July 26, 2023                                            s/Thomas L. Ludington
                                                                THOMAS L. LUDINGTON
                                                                United States District Judge